[No. 40450-4-I.     Division One.     April 27, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID L. WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-03606-1, Jeanette R. Burrage, J., entered April 3, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40628-1-I.     Division One.     April 27, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. REGINA GIAMPAPA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-8-00654-8, Georginal Sierra, J. Pro Tem., entered April 17, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40729-5-I.     Division One.     April 27, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. J.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-8-08661-6, Bobbe J. Bridge, J., entered May 20, 1997. *Affirmed* by unpublished per curiam opinion.

[Nos. 40929-8-I; 40226-9-I.     Division One.     April 27, 1998.]

*In the Matter of the Parentage of* LUKE WILLIAMS.

JEAN WILLIAMS, *Respondent,* v. GEORGE TRANSCENDER, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 93-3-01824-3, Jeffrey Michael Ramsdell, J., entered May 22, 1997. *Affirmed* by unpublished per curiam opinion.